**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **JASON LEE VAN DYKE,** | |
| *Plaintiff*, | |
| **v.** | **CIVIL ACTION NO. 4:26-cv-326** |
| **INSURANCE SUPERMARKET, INC. d/b/a INSURANCE SUPERMARKET INTERNATIONAL** | |
| *Defendant*. | |

## DEFENDANT INSURANCE SUPERMARKET, INC.'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446(a), Defendant Insurance Supermarket ("ISI") files this Notice of Removal of the above-captioned case from the County Court at Law No. 2 of Wise County, Texas.

### I.   PROCEDURAL BACKGROUND

1.   Plaintiff Jason Lee Van Dyke ("Plaintiff") commenced this action by filing Plaintiff's Original Petition (the "Original Petition") on February 23, 2026. The case was assigned to the County Court at Law No. 2 of Wise County, Texas.

2.   ISI was served with the Petition on February 23, 2026.

3.   By way of his Petition, Plaintiff alleges claims against ISI for various alleged violations, including those falling under the Texas Business & Commerce Code ("TBCC"), and the Telephone Consumer Protection Act, 47 U.S.C. § 227(c)(5) ("TCPA").

4.   ISI files this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b)(1).

4900-7480-3609v.2

## II.    PROCEDURAL REQUIREMENTS

5.        Pursuant to Local Rule 81.1, ISI attaches the following to this Notice of Removal:

a)    An index of all documents that clearly identifies each document and indicates the date the document was filed in state court, *see* Ex. 1;

b)    A copy of the docket sheet, *see* Ex. 2, docket sheet for Cause No. CV-9948, County Court at Law No. 2, Wise County, Texas; and

c)    Each document filed in the state court action, except discovery material; *See* Exs. 3-10; and

d)    A separately signed certificate of interested persons that complies with LR 3.1(c) or 3.2(e).

6.        ISI will promptly file a copy of this Notice of Removal with the clerk of the state court where the suit is pending.

## III.    CONSENT

7.        Pursuant to 28 U.S.C. § 1446(b), consent to this Notice is required from any properly joined and served defendant.  As ISI is the only defendant, no additional consent is necessary prior to the filing of this removal.

8.        Accordingly, all properly joined and served defendants have consented to removal of this lawsuit to the United States District Court for the Northern District of Texas, Fort Worth Division.

## IV.    BASIS FOR REMOVAL

9.        Removal is proper because Plaintiff's suit involves a federal-question claim.  *See* 28 U.S.C. §§ 1331 and 1441(a), (c).

10.        A party seeking to remove on the basis of federal question jurisdiction has the burden of demonstrating a federal question exists. *See Gutierrez v. Flores*, 543 F.3d 248, 251 (5th Cir. 2008). A federal question exists "if there appears on the face of the complaint some substantial, disputed question of federal law," *In re Hot–Hed, Inc.*, 477 F.3d 320, 323 (5th Cir. 2007), as

determined by the allegations of the plaintiff's "well-pleaded complaint" as of the time of removal. *See*, *e.g.*, *Medina v. Ramsey Steel Co., Inc.*, 238 F.3d 674, 680 (5th Cir. 2001); *Avitts v. Amoco Prod. Co.*, 53 F.3d 690, 693 (5th Cir. 1995).

11.     Plaintiff alleges a claim against ISI for TCPA violations.

12.     As TCPA is a federal statute, Plaintiff invokes the laws of the United States in his petition.  Accordingly, this Court has original jurisdiction over his claims.

13.     This notice of removal has been filed within thirty days of ISI's February 23, 2026, receipt of Plaintiff's Petition setting forth his claims for relief.  Thus, this removal is proper and timely under 28 U.S.C. § 1446(b).

## V.    VENUE

14.     The United States District Court for the Northern District of Texas, Fort Worth Division, embraces Wise County, Texas, the place where the state court action was filed and is pending.  Venue is proper in this District under 28 U.S.C. §§ 1441 and 1446 because the state court where the suit is pending is located in this District and Division.

## VI.    COMPLIANCE WITH THE REMOVAL STATUTE

15.     The removal of this action is proper, as this Notice of Removal was properly filed in the Fort Worth Division of the United States District Court for the Northern District of Texas because Plaintiff initially commenced this action in the County Court at Law No. 2 of the State of Texas in Wise County.  *See* 28 U.S.C. § 1441(a).

16.     The Notice of Removal is properly signed pursuant to Fed. R. Civ. P. 11.  *See* 28 U.S.C. § 1446(a).

17.     The removal of this action is timely, as this Notice of Removal is filed within thirty days of receipt of the summons and complaint by ISI.  *See* 28 U.S.C. § 1446(b)(1).

18.     In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to all parties and filed with the Clerk for the County Court at Law No. 2 of Wise County, Texas, following the filing of this notice in the United States District Court.

## VII.    CONCLUSION

19.     Insurance Supermarket, Inc. respectfully requests this Court accept this Notice of Removal and exercise its jurisdiction over the federal claims presented in this lawsuit, as well as its supplemental jurisdiction over Plaintiff's remaining claims.

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By:  */s/ Earl L. Ingle*
**Earl L. Ingle**
Texas Bar No. 24097234
700 Milam Street, Suite 800
Houston, Texas 77002
Telephone:  713.222.1470
Facsimile: 713.222.1475
eingle@munsch.com

**ATTORNEYS FOR
INSURANCE SUPERMARKET, INC.**

**OF COUNSEL:**

**MADDISON CRAIG**
Texas Bar No. 24137348
500 N. Akard Street, Suite 4000
Dallas, Texas 75201
Phone: (214) 855-7570
Fax: (214) 855-7584
mcraig@munsch.com

## CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned counsel for the Defendant certifies the foregoing document has been filed with the Court and served upon all known counsel of record via E-mail on March 18, 2026:

Jason Lee Van Dyke
1417 E. McKinney Street, #110
Denton, Texas 76209
jason@maganavandyke.com
***Plaintiff***

/s/ Earl L. Ingle
Earl L. Ingle