Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back                Location : All Courts

**Exhibit**

**2**

# REGISTER OF ACTIONS
### CASE NO. CV-9948

| | | | |
|---|---|---|---|
| **Jason Lee Van Dyke vs. Insurance Supermarket, Inc. d/b/a Insurance Supermarket International, John Doe #1** | § § § § § | Case Type: | **Injury or Damage - Other** |
| | | Date Filed: | **02/23/2026** |
| | | Location: | **County Court at Law #2** |

---

### PARTY INFORMATION

| | | **Lead Attorneys** |
|---|---|---|
| **Defendant** | **Doe #1, John** | |
| **Defendant** | **Insurance Supermarket, Inc. d/b/a Insurance Supermarket International** | |
| **Plaintiff** | **Van Dyke, Jason Lee** | **JASON LEE VAN DYKE**<br>*Retained*<br>940-382-1976(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 02/23/2026 | **Original Petition (OCA)** |
| 02/23/2026 | **Citation to Defendant** |
| 02/25/2026 | **Citation Returned Served** |
| 03/16/2026 | **Notice** |
| 03/16/2026 | **Proposed Order** |
| 03/16/2026 | **Motion for Default Judgment** |
| 03/16/2026 | **Proposed Order** |
| 03/16/2026 | **Order** |