**4**

DELIVERED: _2/23/26_

By: _✗m_

Assured Civil Process Agency

Cause No. CV-9948



JASON LEE VAN DYKE
Plaintiff(s)

VS.

INSURANCE SUPERMARKET, INC.
D/B/A INSURANCE SUPERMARKET
INTERNATIONAL; JOHN DOE #1
Defendant(s)

IN THE COUNTY COURT

AT LAW NO. 2

WISE COUNTY, TEXAS

## CITATION

To:    INSURANCE SUPERMARKET, INC. D/B/A INSURANCE SUPERMARKET INTERNATIONAL
211 E 7TH STREET, SUITE 620
AUSTIN, TX 78701

Defendant(s), in the hereinafter styled and numbered cause:

YOU ARE HEREBY COMMANDED to appear before the County Court At Law #2 of Wise County, Texas, to be held at the Wise County Annex Building of said County in the City of Bridgeport, Wise County, Texas, by filing a written answer to the Petition of Plaintiff(s) at or before 10 o'clock A.M. of the Monday next after the expiration of twenty days after the date of service hereof, a copy of which accompanies this citation, in Cause No. CV-9948 styled JASON LEE VAN DYKE, Plaintiff(s), vs. INSURANCE SUPERMARKET, INC. D/B/A INSURANCE SUPERMARKET INTERNATIONAL; JOHN DOE #1, Defendant(s), filed in said court on the 23rd day of February, 2026.

Plaintiff(s) is/are represented by JASON LEE VAN DYKE whose address is 1417 E MCKINNEY STREET #110, DENTON, TX 76209.

ISSUED AND GIVEN UNDER MY HAND AND THE SEAL of said Court at office, on this the 23rd day of February, 2026.



BLANCA TUMA
WISE COUNTY CLERK
200 N. TRINITY – RECORDS BLDG.
P.O. BOX 359
DECATUR, TX 76234

By _MSchwartz_
Misty Schwartz, DEPUTY

## NOTICE
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the County Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.